**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6462**

---

IRVIN EMANUEL COLEMAN,

                              Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections,

                              Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.
(CA-00-707-2)

---

Submitted:  May 31, 2001              Decided:  June 11, 2001

---

Before WILKINS, TRAXLER, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Irvin Emanuel Coleman, Appellant Pro Se.  Steven Andrew Witmer,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Irvin Emanuel Coleman seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. Coleman v. Angelone, No. CA-00-707-2 (E.D. Va. Feb. 28, 2001). We deny Coleman's motion for preparation of a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2